IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIC AICHER,

    Petitioner,

v.                                                                                 Civ. No. 22-945 WJ/KK

FNU HATCH,

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed August 13, 2024. (Doc. 16.) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that

1) the PFRD is adopted as an order of the Court;

2) the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 is denied;

3) this case is dismissed with prejudice; and

4) a certificate of appealability is denied.

/s/ _____
HONORABLE WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE